AO 106 (Rev. 04/10) Application for a Search Warrant                              AUTHORIZED AND APPROVED/DATE: s/Tiffany Edgmon 09/18/25

# UNITED STATES DISTRICT COURT

### for the

Western District of Oklahoma

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No. M-25- 556-STE |
| 2001 Ford Excursion, Cherokee License Plate# AK4014 with VIN# 1FMNU40S61EC44593 | ) ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A, which is attached and incorporated by reference.

located in the _____Western_____ District of _____Oklahoma_____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B, which is attached and incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1153 & 21 O.S. § 1435(B) | Burglary in the Third Degree |
| 18 U.S.C. § 1153 & 21 O.S. § 1435(A) | Burglary in the Second Degree |
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |

The application is based on these facts:

See the Affidavit of Chickasaw Nation Lighthorse Police Criminal Investigator Justin Taylor, which is incorporated by reference herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Justin Taylor, Criminal Investigator, Chickasaw Nation Lighthorse Police
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  9-18-2025

City and state:  Oklahoma City, Oklahoma

_____  Sep 19, 2025
*Judge's signature*

SHON T. ERWIN, U.S. Magistrate Judge
*Printed name and title*

MELANIE EERLE
NOTARY PUBLIC
#16011384
Exp. 12-06-2028
IN AND FOR
STATE OF OKLAHOMA
CADDO COUNTY

## AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A SEARCH WARRANT

I, **Justin Taylor**, a Criminal Investigator with the Chickasaw Nation Lighthorse Police Department (LPD), being duly sworn, depose and state as follows:

### INTRODUCTION AND INVESTIGATOR BACKGROUND

1.    I make this Affidavit in support of an application for a search warrant for a 2001 Ford Excursion, Cherokee License Plate# AK4014 with VIN# 1FMNU40S61EC44593 (hereinafter, the SUBJECT VEHICLE) located at Bad Day Towing, 4009 South Harvey, Norman, Oklahoma, within the Western District of Oklahoma.

2.    Your Affiant currently employed as a Criminal Investigator with the Chickasaw Lighthorse Police Department. Your Affiant was assigned as a patrol officer beginning of February of 2022, was a Field Training Officer, and a current member of the Special Weapons and Tactics team. Your Affiant was a Patrol Deputy with the Cleveland County Sheriff's Office in 2021, a Patrol Sergeant with the Veterans Affairs Police Department from 2017-2021, and worked for the Oklahoma County Sheriff's Office from 2010-2017.

3.    As a Law Enforcement Officer, your Affiant is currently licensed as a Police Officer with the Oklahoma Council on Law Enforcement Education and Training (CLEET). Your Affiant holds a Special Law Enforcement Commission (SLEC) through the Bureau of Indian Affairs (BIA). Your Affiant has also completed the Oklahoma State Bureau of Investigations (OSBI) agent's academy in 2024.

4.      The information to be searched is described in the following paragraphs and in Attachment A. This Affidavit is made in support of an application for a search warrant under 18 U.S.C. § 2703(c)(1)(A) and Federal Rule of Criminal Procedure 41 to require Verizon to disclose to the government the information further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate the items described in Section II of Attachment B.

5.      The facts in this Affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This Affidavit is intended to show merely that there is probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

6.      The Court has jurisdiction to issue the proposed warrant because it is a "court of competent jurisdiction" as defined in 18 U.S.C. § 2711. Specifically, the Court is a district court of the United States that has jurisdiction over the offense being investigated. *See* 18 U.S.C. § 2711(3)(A)(i).

## PROBABLE CAUSE FACTS

7.      On August 20, 2025, a resident (VI-1) of Washington, Oklahoma, discovered their vehicle had been broken into and several items in the vehicle had been taken. After a review of a neighbor's surveillance videos, VI-1 discovered an individual walking around their property in the early morning hours. Additionally, VI-1 saw a white Ford Excursion driving around the neighborhood during the same period of time. At the time the suspect was at VI-1's residence, VI-1's vehicle was parked next to his Oklahoma City Police

2

Department patrol vehicle. VI-1's residence is in the Western District of Oklahoma and within the boundaries of the Chickasaw Nation.

8.      On August 21, 2025, at around 0539 hours, the Newcastle Police Department (NPD) and the Chickasaw Lighthorse Police Department (LHPD) responded to a residence in Newcastle, Oklahoma for a burglary. The residents (VI-2) had multiple surveillance cameras that captured the suspect at their residence. NPD Officer Slentz responded to the residence, approaching from the west. Approximately two houses to the west of VI-2's residence, Officer Slentz saw a white male wearing red shorts, a plaid shirt, and black-rimmed glasses hiding behind a tree. Officer Slentz exited his patrol vehicle and ordered the male to show his hands. The suspect fled on foot, jumped into and swam across a pond, and entered a wooded area. Officers located a camouflage jacket, a pair of gloves, a pocketknife, and the VI-2's ammo can discarded near a residence approximately two-to-three doors west of VI-2.[1]

9.      Surveillance videos show the suspect tampering with VI-2's vehicles, seemingly flattening the tires by puncturing them (multiple tires were, in fact, punctured and flattened). Videos captured of the rear of the property indicate the suspect opened VI-2's shed. An ammo can containing cornhole bean bags was taken from the shed (the ammo can was later recovered and returned to VI-2). Videos of the front of the property also captured a white Ford Excursion driving through the neighborhood. Additional

---

[1] Surveillance videos show the suspect initially wore pants, gloves, a camouflage jacket, distinctive shoes, and dark-rimmed glasses.

surveillance from another residence showed the suspect carrying around a bag of items, carried over his shoulder.

10.    While LHPD Officer Cash was holding the scene, and other officers were searching for the burglary suspect, Officer Cash saw a white Ford Excursion pass by that bore a Cherokee Nation tag.[2] Officer Cash saw the driver of the vehicle, a female, who appeared to be looking for someone. VI-2's residence is in the Western District of Oklahoma and within the boundaries of the Chickasaw Nation.

11.    On August 22, 2025, at around 0049 hours, Officer Cash responded to a burglary at a residence in Washington, Oklahoma. This residence is located in the Western District of Oklahoma and within the boundaries of the Chickasaw Nation. The suspect of this burglary was wearing a camouflage jacket or hoodie and had taken a Smith & Wesson M&P firearm, with tape around the grip, from one of the resident's (VI-3) vehicles; and then fled the scene on foot. When Officer Cash arrived, he observed the **SUBJECT VEHICLE** parked down the road, bearing Cherokee Nation tag AK4014. Officers requested a records check on the vehicle and were advised the vehicle was registered to AUSTIN GARRETT REEVES.

12.    LHPD Officers and the McClain County Sheriff's Office began searching the area and subsequently located REEVES hiding underneath a deck of a nearby residence, covering himself with a camouflage jacket or hoodie. REEVES had the keys to

---

[2] Surveillance video also captured the Ford Excursion driving through the neighborhood. The Excursion was consistent with the vehicle seen on surveillance from VI-1's neighborhood—it is mostly white with a dark trim towards the bottom of the vehicle.

the **SUBJECT VEHICLE** in his pocket. Notably, REEVES was located at the same residence at which the Ford Excursion was parked.

13.    Officers searched REEVES' vehicle and found VI-3's stolen firearm[3], a garage door opener to VI-3's residence, and multiple property items taken from VI-1. VI-1 was on scene and identified the items belonging to him.

14.    REEVES was arrested by LHPD officers for burglary and other related tribal offenses, as REEVES is a member of the Cherokee Nation. The **SUBJECT VEHICLE** was inventoried and impounded and a law enforcement place a hold on the **SUBJECT VEHICLE**. Although an inventory search was conducted, a full search of the **SUBJECT VEHICLE** is needed.

## AUTHORIZATION REQUEST

15.    Based on the foregoing, I request that this Court issue the proposed warrant, pursuant to 18 U.S.C. § 2703(c) and Fed. R. Crim. P. 41.

Respectfully submitted,

Justin Taylor, Criminal Investigator
Chickasaw Nation Lighthorse Police
Department
**Sep 19, 2025**

Subscribed and sworn to before me on

SHON T. ERWIN
U.S. MAGISTRATE JUDGE

---

[3] REEVES has previously been convicted of a felony and is unable to lawfully possess firearms.

5

## ATTACHMENT A

### Property to Be Searched

2001 Ford Excursion bearing Cherokee Tag number AK4014 and VIN 1FMNU40S61EC44593

## ATTACHMENT B

### Particular Things to Be Seized

1.    Any and all items that were reasonably believed to have been used in the commission of or stolen during the commission of burglaries committed between from on or about August 20, 2025, through August 23, 2025.

2.    Any and all firearms or ammunition.

3.    Any items of dominion or control.